# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 15-14124-CV-

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

# INSTRUCTIONS FOR FILING A
# COMPLAINT UNDER THE CIVIL RIGHTS ACT
# 42 U.S.C., SECTION 1983

This packet includes two forms:
(1)   Complaint Under The Civil Rights Act, 42 U.S.C.§ 1983
(2)   Application to Proceed Without Prepayment of Fees or Costs

To start an action under the you must file:
- an original, signed complaint,
- one copy of the complaint for *each* defendant named in the complaint. For example, if you name two defendants, you file the original complaint plus two copies. You should also keep a copy for your records. All copies of the complaint must be identical to the original, signed complaint.
- filing fee of $400.00 or an Application to Proceed Without Prepayment of Fees/Costs

Return the above forms and/or filing fee to the following address:

        Clerk's Office
        United States District Court
        Southern District of Florida
        400 North Miami Avenue, 8N09
        Miami, FL 33128-7716

Your complaint must be legibly typewritten or clearly handwritten using a pen (do not use a pencil to complete these form s). As the plaintiff, you m ust sign and swear to the accuracy of the information in the com plaint. If you need m ore space than is provided on t he form, attach an additional blank page to the complaint.

Your complaint can be brought in this Court only if one or more of the named defendants is located within the Southern District of Florida. Also, you must file a separate complaint for each claim you have unless the claims are related to the same incident or issue.

In your complaint, you must provide the facts; you should not include legal arguments or citations.

MARCH 25, 2015 WEDNESDAY

FILED by _____ D.C.
APR - 3 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. - MIAMI

I HUMBLY ASK THE COURT TO CONSIDER RETURNING ME TO THE COMMUNITY. ACCORDING TO MY PSYCHIATRIST SERGIO BALCAZAR I WAS TO BE RELEASED IN MARCH OF 2014. INSTEAD I RETURNED TO TREASURE COAST FORENSIC TREATMENT CENTER, WHOM DID NOT EVEN DESIRE TO EXCEPT ME! I HAVE BEEN HERE NOW OVER 1 YEAR. A TEAM OF ASSISTANT PUBLIC DEFENDERS VISITED ME AND SAID IF I AM NOT THREATENING AND TAKE MY MEDICATION, THAT THEY WOULD HELP ME IN APRIL. THERE ARE SEVERAL LITIGATIONS NEED FILING IF I COULD BE APPOINTED AN ATTORNEY THAT WOULD TAKE MY

(OVER)

(2)

CASE PRO BONO. I AM A LAW-ORDER MAN ALMOST 64 YRS OF AGE AND NEED A SECOND CHANCE TO LIVE A PRODUCTIVE LIFE IN SOCIETY! I AM A VERY PEACEFUL PERSON THAT SERVE THE LORD AS I UNDERSTAND HIM.

SINCERELY
Jesse Benjamin LANG JR.

Jesse Benjamin LANG JR.
TCFTC
9511 S.W. Allapattah Rd.
Indiantown, FL 34956-4307

Clerk's Office
United States District Court
Southern District of Florida
400 North Miami Avenue, 8N09
Miami, FL 33128-7716

USMS INSPECTED
RECEIVED

WEST PALM BEACH FL 334

331287771699